IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| FISHERVILLE PROPERTIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| UNITED STATES LIABILITY INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# <u>NOTICE OF REMOVAL</u>

Defendant, United States Liability Insurance Company ("USLIC" or "Defendant"), pursuant to 28 U.S.C Section 1446, hereby removes the above-captioned action, pending in the Circuit Court of Manitowoc County, Wisconsin, as Case No. 2026CV000459, to the United States District Court for the Eastern District of Wisconsin. Removal is based on 28 U.S.C. Section 1332. As grounds for removal, Defendant states as follows:

1. On October 14, 2026, Plaintiff Fisherville Properties LLC ("Plaintiff") filed a Complaint in the Circuit Court of Wisconsin, Manitowoc County under case No. 2026CV000459 (the "State Court Case").

2. A copy of the Complaint filed in the State Court Case is attached hereto. *See* **Exhibit 1**.

3. In the State Court Case, Plaintiff seeks insurance coverage for the alleged property damage to a building owned by Plaintiff, and asserts causes of action based on (1) Breach of Contract, (2) Bad Faith, (3) Untimely Payment of Claims under Wisconsin Statute 628.46, and (4) Punitive Damages.

4. Plaintiff seeks damages in excess of $75,000 in the State Court Case.

5. There is complete diversity of citizenship of the parties.

6. A corporation is deemed to be a citizen of both the state of its incorporation and the place where it maintains its principal place of business. 28 U.S.C. 1332(c)(1).

7. Defendant USLIC is an insurance corporation incorporated in Nebraska and with a principal place of business at 1190 Devon Park Drive, Wayne, Pennsylvania. Therefore, USLIC is a citizen of both Nebraska and Pennsylvania.

8. Plaintiff is a Limited Liability Company incorporated in Wisconsin with its principal place of business in Mishicot, Wisconsin. Therefore, Plaintiff is a citizen of Wisconsin.

9. Pursuant to 28 U.S.C. 1332, the District Courts have jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

10. This matter is properly removed pursuant to 28 U.S.C. 1441, which permits removal of cases to federal court based on diversity jurisdiction.

11. Defendant was served with Summons and Complaint on or about October 29, 2026.

12. This notice is timely because it is filed within 30 days of service of the Complaint upon Defendant. *See* 28 U.S.C. 1446(b).

13. This Court is situated in the district and division serving the location of the action pursuant to 28 U.S.C. 1446(a).

14. Defendant will file its "Notice of Filing of Notice of Removal" with the Circuit Court of Wisconsin, Manitowoc County, and then serve a copy of such filing upon Plaintiff's counsel pursuant to 28 U.S.C. 1446(a) and (d).

WHEREFORE, this action should proceed in the United Stated District Court for the Eastern District of Wisconsin, as an action properly removed thereto.

Dated: November 25, 2026

Respectfully submitted,

/s/ *Joseph B. Royster*
*Attorneys for United States Liability Insurance Company*

Joseph B. Royster, Attorney No. 6217542
Weber Gallagher Simpson Stapleton Fires & Newby LLP
200 S. Wacker Dr., Suite 2550
Chicago, IL 60606
joseph.royster@wglaw.com